1  JOSEPH T. MCNALLY
   Acting United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   CEDINA M. KIM
4  Assistant United States Attorney
   Senior Litigation Counsel, Civil Division
5  MARLA K. LETELLIER, CSBN 234969
   Special Assistant United States Attorney
6  Social Security Administration
   Office of the General Counsel
7  Office of Program Litigation, Division 7
8     6401 Security Boulevard
      Baltimore, Maryland 21235
9     Telephone: (510) 970-4830
      Facsimile: (415) 744-0134
10    E-mail: marla.letellier@ssa.gov
11

12 Attorneys for Defendant

13

14                  UNITED STATES DISTRICT COURT
15            FOR THE CENTRAL DISTRICT OF CALIFORNIA
                  EASTERN DIVISION—RIVERSIDE
16

17 STEVEN CHRISTOPHER HOMER,          CASE No. 5:24-cv-02152-RAO

18         Plaintiff,                 [PROPOSED] JUDGMENT OF REMAND

19             v.

20

21 LELAND DUDEK,
       Acting Commissioner of Social
22 Security,

23

           Defendant.
24

25

26

27

28

The Court having issued its Order for Remand to Agency Pursuant to Sentence Four of 42 U.S.C. Section 405(g) and Entry of Judgment (the "Order"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further administrative proceedings consistent with the terms set forth in the Order.

DATED:   4/7/2025

HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] JUDGMENT                                CASE NO. 5:24-cv-02152-RAO